478 A.2d 63

Commonwealth v. Weal, Appellant.
Petition for Allowance of Appeal
Denied Oct. 12, 1984.

Submitted November 28, 1983. James S. Bruno, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.